No. 80–148. Robbins *v.* California. Ct. App. Cal., 1st App. Dist. [Certiorari granted, 449 U. S. 1109.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for additional time for oral argument granted, and 10 additional minutes allotted for that purpose. Petitioner also allotted an additional 10 minutes for oral argument. Motion of petitioner for divided argument denied.

No. 80–6354. Beshaw *v.* Fenton, Warden, et al. C. A. 3d Cir. Motion of petitioner to consolidate this case with No. 80–5392, *Howe* v. *Smith, Attorney General, et al.* [certiorari granted *sub nom. Howe* v. *Civiletti,* 449 U. S. 1123], denied.

No. 80–1617 (A–814). In re Sterritt. Application for bail, presented to Justice Marshall, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 79–1618. Consolidated Freightways Corporation of Delaware *v.* Kassel et al. C. A. 8th Cir. Certiorari granted.

No. 80–427. Fair Assessment in Real Estate Assn., Inc., et al. *v.* McNary et al. C. A. 8th Cir. Certiorari granted.

No. 80–1350. Community Communications Co., Inc. *v.* City of Boulder, Colorado, et al. C. A. 10th Cir. Certiorari granted.

No. 80–1377. Weinberger, Secretary of Defense, et al. *v.* Catholic Action of Hawaii/Peace Education Project et al. C. A. 9th Cir. Certiorari granted.